IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICK ASHLEY**                                                                                       **PETITIONER**
ADC #099718C

v.                                CASE NO. 4:20-CV-00723 BSM

**DEXTER PAYNE, Director,**
Arkansas Department of Correction                                                **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 6] is adopted, and Rick Ashley's petition [Doc. No. 2] is dismissed without prejudice. His amended petitions [Doc. Nos. 7, 8] are dismissed for the same reasons. To the extent the amended petitions claim he was coerced into pleading guilty on dates other than May 16, 2018, and allege that his records were tampered with, he offers no facts or legal arguments in support, and those claims are unconnected to his initial petition.

A certificate of appealability will not issue. Further, Ashley is placed on notice that if he files any new habeas petition later dismissed as frivolous, malicious, or for failure to state a claim, the clerk may be directed not to file any future habeas petitions without prior approval from the judge to whom the case is assigned.

IT IS SO ORDERED this 14th day of July, 2020.

                                                                   *Brian S. Miller*
                                                                   UNITED STATES DISTRICT JUDGE